IN THE SUPREME COURT OF THE STATE OF NEVADA

SANDY DUPAIX-LARSON, ON BEHALF OF JEREMIAH WIGGINTON,
Appellant,
vs.
RAYMOND MAESTES; AND LINDA CHRISTINE MAESTES,
Respondents.

No. 83560

FILED

JUL 01 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying appellant's motion to dismiss and to extinguish temporary restraining order. Seventh Judicial District Court, White Pine County; Gary Fairman, Judge.

This court's review of the docketing statement and the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that the order is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels Corp.*, 100 Nev. 207, 209, 678 P.2d 1152, 1153 (1984). Appellant states in her docketing statement that the district court's order is appealable under NRAP 3A(b)(3) as an order refusing to dissolve an injunction because it denied a request to extinguish a temporary restraining order. However, upon a review of the documents submitted to this court, it appears that appellant only sought extinguishment of the temporary restraining order as a consequence of the dismissal of respondents' complaint. No statute or court rule provides for

22-20861

an appeal from an order denying a motion to dismiss. Accordingly, this court lacks jurisdiction and we

ORDER this appeal DISMISSED.

_____, J.
Silver

_____, J.
Cadish

_____, J.
Pickering

cc:    Hon. Gary Fairman, District Judge
       Laurie A. Yott, Settlement Judge
       Sandy Dupaix-Larson
       Goicoechea, Di Grazia, Coyle & Stanton, Ltd.
       White Pine County Clerk